**United States District Court**
For the Northern District of California

1

2

3                                 UNITED STATES DISTRICT COURT

4                               NORTHERN DISTRICT OF CALIFORNIA

5
                                                              No. C-03-05819 MHP
6   DOROTHY GRANT,                                            **ORDER OF**
                                                              **DISMISSAL**
7                    Plaintiff,

8       vs.

9   SPHERION STAFFING TECHNICAL AGENCY,

10                   Defendant.
                                                        /

11

12          This matter came on before this court for a Status Conference on January 20, 2006, having

13   been noticed by the Clerk of the Court for that date at 3:00PM.  Plaintiff failed to respond to the call

14   of the calendar.  A review of the docket sheet reveals that plaintiff failed to attend another status

15   conference on September 20, 2005 and has failed to complete the paperwork required in order to

16   participate in the court's *pro se* mediation program.  Therefore,

17          IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE for

18   lack of prosecution and for failure to obey a court order.

19

20   Date:    February 13, 2006
                                                    MARILYN HALL PATEL
21                                                  District Judge
                                                    United States District Court
22                                                  Northern District of California

23

24

25

26

27